IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL R. SUMMERS, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 1:12-cv-1493 (GBL-IDD) |
| ALTARUM INSTITUTE, CORP., | ) |
|         Defendant. | ) |

### ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss for Failure to State a Claim. (Doc 8.) For the reasons stated in open court on Friday, April 26, 2013, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**. Having twice granted Plaintiff leave to amend his Complaint, the Court holds that further amendment would be futile. Accordingly, Plaintiff's Complaint is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

ENTERED this 15 day of May, 2013.

Alexandria, Virginia
5/15/2013

                                                            /s/
                                        Gerald Bruce Lee
                                        United States District Judge